RECEIVED

JUN 21 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| BROWN | : | DOCKET NO. 11-1859 |
| VS. | : | JUDGE TRIMBLE |
| JONES | : | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the report and recommendation of the magistrate judge previously filed herein, after review of the entire record in this matter, noting the absence of objections thereto, and concurring with the reasoning and proposed findings of the magistrate judge, it is hereby

**ORDERED** that plaintiff's claim be **DENIED** and **DISMISSED** with prejudice for failure to state a claim as to which relief may be granted by this court.

**THUS DONE AND SIGNED** in Alexandria, Louisiana this 21ST day of June, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE